MN-305

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Hilary S. Plath
Chapter 7 Case No. 24-43371

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Synchrony Bank<br>By AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | 14 | 123.34 | 4.19 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total | | | 4.19 |

Date: 8/19/2026

s/ Nauni Manty
Trustee